IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joseph V. Cilio<br>　　　　Debtor | CHAPTER 13 |
| Toyota Motor Credit Corporation<br>　　　　Movant<br>vs. | NO. 15-12493 AMC |
| Joseph V. Cilio<br>　　　　Debtor | |
| William C. Miller Esq.<br>　　　　Trustee | 11 U.S.C. Section 362 |

"AMENDED"
### ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, ~~and otherwise dispose of the~~ 2014 TOYOTA COROLLA, VIN: 2T1BURHE1EC113910 under state law ~~in a commercially reasonable~~ manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 25th day of April, 2017.

_____
United States Bankruptcy Judge.

cc: See attached service list

Joseph V. Cilio
507 Trinity Church Street
Blue Bell, PA 19422

Erik B. Jensen, Esq.
1528 Walnut Street
Suite 1401
Philadelphia, PA 19102

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532