United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 15-12493-amc
Joseph V. Cilio                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: PaulP              Page 1 of 1           Date Rcvd: Apr 25, 2017
                               Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2017.
db             +Joseph V. Cilio,    507 Trinity Church Street,    Blue Bell, PA 19422-4234

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2017 at the address(es) listed below:
              ERIK B. JENSEN    on behalf of Debtor Joseph V. Cilio john@erikjensenlaw.com,
               regina@erikjensenlaw.com;mjmecf@gmail.com;gilberto@erikjensenlaw.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Toyota Motor Credit Corporation tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Hyundai Motor Finance, Administrator For Hyundai
               Lease Titling Trust mortonlaw.bcraig@verizon.net,   mhazlett@mortoncraig.com
                                                                                               TOTAL: 6

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joseph V. Cilio<br>Debtor | CHAPTER 13 |
| Toyota Motor Credit Corporation<br>Movant<br>vs.<br>Joseph V. Cilio<br>Debtor | NO. 15-12493 AMC |
| William C. Miller Esq.<br>Trustee | 11 U.S.C. Section 362 |

"AMENDED"

### ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, ~~and otherwise dispose of the~~ 2014 TOYOTA COROLLA, VIN: 2T1BURHE1EC113910 (under state law) ~~in a commercially reasonable~~ manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 25th day of April, 2017.

_____
United States Bankruptcy Judge.

cc: See attached service list

Joseph V. Cilio
507 Trinity Church Street
Blue Bell, PA 19422

Erik B. Jensen, Esq.
1528 Walnut Street
Suite 1401
Philadelphia, PA 19102

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532