**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In Re:

Joseph V. Cilio

13

Bky No. 15-12493

Debtor(s).

**ORDER**

AND NOW, this 30th day of May, 2017, upon consideration of **SUPPLEMENTAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES PERFORMED AFTER CONFIRMATION OF CHAPTER 13 PLAN** submitted by Erik B. Jensen P.C., counsel for debtor(s) and after notice it is hereby

**ORDERED** that counsel fees in the amount $550 are allowed and maybe paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B)

BY THE COURT:

_____
Hon. Ashely M. Chan
**U.S. BANKRUPTCY JUDGE**

CC: **Law Offices of Erik B. Jensen, P.C.**
**ERIK B. JENSEN, ESQUIRE**
**1528 Walnut Street**
**Suite 1401**
**Philadelphia, PA  19102**

William C. Miller, Esquire
Chapter 13 Trustee
Post Office Box 40119
Philadelphia, PA 19106

Joseph V. Cilio
336 N. Down Drive
Dover, DE 19904