United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Joseph V. Cilio  
      Debtor  

Case No. 15-12493-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: May 30, 2017  
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2017.  
db          +Joseph V. Cilio,    507 Trinity Church Street,    Blue Bell, PA 19422-4234

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2017           Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2017 at the address(es) listed below:  
     ERIK B. JENSEN    on behalf of Debtor Joseph V. Cilio john@erikjensenlaw.com,  
      regina@erikjensenlaw.com;mjmecf@gmail.com;gilberto@erikjensenlaw.com  
     MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation  
      bkgroup@kmllawgroup.com  
     THOMAS I. PULEO    on behalf of Creditor    Toyota Motor Credit Corporation tpuleo@kmllawgroup.com,  
      bkgroup@kmllawgroup.com  
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
     WILLIAM EDWARD CRAIG    on behalf of Creditor    Hyundai Motor Finance, Administrator For Hyundai  
      Lease Titling Trust mortonlaw.bcraig@verizon.net,    mhazlett@mortoncraig.com  
                                          TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In Re:

Joseph V. Cilio

13

Bky No. 15-12493

Debtor(s).

**ORDER**

  AND NOW, this 30th day of May, 2017, upon consideration of **SUPPLEMENTAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES PERFORMED AFTER CONFIRMATION OF CHAPTER 13 PLAN** submitted by Erik B. Jensen P.C., counsel for debtor(s) and after notice it is hereby

  **ORDERED** that counsel fees in the amount $550 are allowed and maybe paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B)

BY THE COURT:

_____
Hon. Ashely M. Chan
**U.S. BANKRUPTCY JUDGE**

CC:  **Law Offices of Erik B. Jensen, P.C.
ERIK B. JENSEN, ESQUIRE
1528 Walnut Street
Suite 1401
Philadelphia, PA  19102**

William C. Miller, Esquire
Chapter 13 Trustee
Post Office Box 40119
Philadelphia, PA 19106

Joseph V. Cilio
336 N. Down Drive
Dover, DE 19904