| | |
|---|---|
| ERIK B. JENSEN, ESQUIRE<br>CHRISTOPHER F. BAGNATO, ESQUIRE † | **LAW OFFICES - ERIK B. JENSEN, P.C.**<br>Attorneys at Law<br>1528 Walnut Street - Suite 1401<br>Philadelphia, Pennsylvania 19102 |
| †Admitted PA & NJ<br>*Admitted in NJ & NY | |
| Of Counsel<br>James E. Pittman, Esquire *<br>Akeem J. Parsons, Esquire<br>John R. Johnson, Esquire† | OFFICE:      (215) 546-4700<br>FAX:            (215) 546-7440<br>Web Page:   www.erikjensenlaw.com |

In Re:    **Joseph Cilio**          **Bankruptcy Case No. 15-12493-anc**
          **Debtor**                **Chapter 13**

### NOTICE OF CONTINUED HEARING DATE

TO:    All Creditors

NOTICE is hereby given that the Motion to Modify Plan Post confirmation has been continued to August 15, 2017 at 900 Market Street, 2nd Floor, Philadelphia, PA 19107 at 10:00 am in Courtroom #5 before Judge Chan.

Dated:  June 16, 2017

                                        Erik B. Jensen, P.C.
                                        By:  John R. Johnson, Esquire