United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 15-12493-amc
Joseph V. Cilio                                                       Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1              Date Rcvd: Aug 15, 2017
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2017.
db             +Joseph V. Cilio,    507 Trinity Church Street,    Blue Bell, PA 19422-4234

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2017 at the address(es) listed below:
     ERIK B. JENSEN    on behalf of Debtor Joseph V. Cilio john@erikjensenlaw.com,
      regina@erikjensenlaw.com;mjmecf@gmail.com;gilberto@erikjensenlaw.com
     MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation
      bkgroup@kmllawgroup.com
     THOMAS I. PULEO    on behalf of Creditor    Toyota Motor Credit Corporation tpuleo@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
     WILLIAM EDWARD CRAIG    on behalf of Creditor    Hyundai Motor Finance, Administrator For Hyundai
      Lease Titling Trust ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                      TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER 13 |
| Joe V. Cilio | : | |
|    Debtor | : | BANKRUPTCY NO.: 15-12493-amc |

## **O R D E R**

**AND NOW,** this  15th  day of  August  2017, upon consideration of the Debtor's Motion to Modify Plan Post Confirmation, and any answer filed thereto, and after notice and a hearing it is

**ORDERED,** that the confirmed Chapter 13 Plan of debtor is hereby modified as set forth in the attached Plan, and such Modified Plan is hereby confirmed.

BY THE COURT:

_____
Hon. Ashely M. Chan
U.S. BANKRUPTCY JUDGE

cc:

William C. Miller
PO Box 1799
Memphis, TN 38101-0680

Erik B. Jensen, Esquire
1528 Walnut Street
Suite 1401
Philadelphia, PA  19102

U.S Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19106