Certificate Number: 15317-PAE-DE-030486124

Bankruptcy Case Number: 15-12493



15317-PAE-DE-030486124

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 27, 2018</u>, at <u>2:15</u> o'clock <u>PM PST</u>, <u>Joseph V Cilio</u> completed a course on personal financial management given <u>by telephone</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  January 27, 2018

By:  /s/Jane Alba

Name:  Jane Alba

Title:  Counselor