# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | **: Chapter 13** |
| | **:** |
| **Joseph V. Cilio** | **: Bankruptcy No. 15-12493 AMC** |

## CERTIFICATION OF NO OBJECTION TO MODIFY PLAN POST-CONFIRMATION

I, Erik B. Jensen, Esq, Counsel for Debtor(s) in the above matter, do hereby certify that no response to the MOTION TO MODIFY PLAN POST-CONFIRMATION has been served upon me.

WHEREFORE, the motion is uncontested and the undersigned requests this Honorable Court to enter the proposed Order submitted with the motion, a copy of which was attached thereto.

Respectfully submitted,

DATE: June 3, 2018

/s/ Erik B. Jensen, Esq
Jensen Bagnato, P.C.
Attorney for the Debtor
1500 Walnut St. Suite 1920
Philadelphia, PA 19102
215-546-4700