United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Joseph V. Cilio  
    Debtor

Case No. 15-12493-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 2    Date Rcvd: Nov 15, 2018
                        Form ID: 138NEW    Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2018.
```
db             #+Joseph V. Cilio,    507 Trinity Church Street,    Blue Bell, PA 19422-4234
cr              +Hyundai Motor Finance, Administrator For Hyundai L,    P.O. Box 20829,
                  Fountain Valley, CA 92728-0829
13507657        +Barclays Bank Delaware,    Attn: Bankruptcy,    P.O. Box 8801,    Wilmington, DE 19899-8801
13507665       ++CITIBANK,    PO BOX 6043,    SIOUX FALLS SD 57117-6043
                 (address filed with court:   Sunoco/citi,     Attention: Bankruptcy,    7920 NW 110th St.,
                  Kansas City, MO 64153)
13507658        +Cap1/boscv,    Po Box 4274,    Reading, PA 19606-0674
13507659        +ClearOne Advantage,    1sr Mariner Tower,    1501 S Clinton St.,    Baltimore, MD 21224-5730
13507660        +Erik B. Jensen P.C.,    1528 Walnut Street,    Suite 1401,    Philadelphia, PA 19102-3610
13579423        +Hyundai Lease Titling Trust,    PO Box 20825,    Fountain Valley, CA 92728-0825
13507661        +Jared/Sterling Jewelers,    PO Box 1799,    Attn: Bankruptcy,    Akron, OH 44309-1799
13507663        +Kia Motors Finance,    10550 Talbert Avenue,    Founatin Valley, CA 92708-6031
13509650        +MAINER FINANCE, LLC,    8211 TOWN CENTER DRIVE,    NOTTINGHAM, MD 21236-5904
13507664        +Mariner Finance LLC,    2141 Cottman Ave,    Philadelphia, PA 19149-1122
13507666       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court:   Toyota Mtr,    Toyota Financial Services,    PO Box 8026,
                  Cedar Rapids, IA 52408)
13572393        +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Nov 16 2018 03:25:20     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 16 2018 03:24:25
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 16 2018 03:24:59     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2018 03:30:13     Synchrony Bank,
                  c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                  Miami, FL   33131-1605
13529995       +E-mail/Text: broman@amhfcu.org Nov 16 2018 03:24:40     American Heritage,    2060 Red Lion Rd.,
                  Phila, PA 19115-1699
13507656       +E-mail/Text: broman@amhfcu.org Nov 16 2018 03:24:40     American Heritage Fcu,
                  2060 Red Lion Rd.,    Philadelphia, PA 19115-1699
13581342       +E-mail/Text: bncmail@w-legal.com Nov 16 2018 03:24:44     CERASTES, LLC,
                  C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13525765        E-mail/PDF: rmscedi@recoverycorp.com Nov 16 2018 03:31:37
                  Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
13532681       +E-mail/Text: ecf@buckleyking.com Nov 16 2018 03:23:46     Sterling Jewelers, Inc.,
                  dba Jared The Galleria of Jewelry,    c/o Buckley King LPA,    600 Superior Avenue,    Suite 1400,
                  Cleveland, Ohio 44114-2693
                                                                                               TOTAL: 9
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13507662          Jill Stine
                                                                                               TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2018                                           Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: PaulP              Page 2 of 2                   Date Rcvd: Nov 15, 2018
                              Form ID: 138NEW          Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2018 at the address(es) listed below:
              ERIK B. JENSEN    on behalf of Debtor Joseph V. Cilio akeem@jensenbagnatolaw.com,
               gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Toyota Motor Credit Corporation tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Hyundai Motor Finance, Administrator For Hyundai
               Lease Titling Trust ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Joseph V. Cilio
       Debtor(s)                                      Bankruptcy No: 15−12493−amc
                                                         Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                         900 Market Street
                             Suite 400
                       Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                      For The Court
                                                          Timothy B. McGrath
                                                           Clerk of Court

Dated: 11/15/18

                                                                                         75 − 74
                                                                                    Form 138_new